**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/11)          Case Number **12–35246–KRH**

# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on September 7, 2012.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. Electronically filed documents may be viewed on Court's web site, www.vaeb.uscourts.gov. Computer access available in Clerk's Office at address shown below. NOTE:   The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Brian Keith Anderson<br>P.O. Box 41061<br>Fredericksburg, VA 22404 | Robzella Tillmana Anderson<br>P.O. Box 41061<br>Fredericksburg, VA 22404 |
| Case Number:   12–35246–KRH<br>Office Code:   3 | Last four digits of Social–Security or Individual Taxpayer–ID(ITIN) No(s)./Complete EIN:<br>xxx–xx–6832<br>xxx–xx–1612 |
| Attorney for Debtor(s) (name and address):<br>Dale E. Adams<br>Dale E. Adams, Attorney<br>1301 Princess Anne St<br>Fredericksburg, VA 22401<br>Telephone number:  (540) 371–5101 | Bankruptcy Trustee (name and address):<br>Bruce H. Matson<br>LeClair Ryan, A Professional Corporation<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>P.O. Box 2499<br>Richmond, VA 23218–2499<br>Telephone number:  (804) 783–2003 |

### Meeting of Creditors:
Date: **October 16, 2012**          Time: **11:00 AM**

Location: **Office of the U.S. Trustee, 701 East Broad Street – Suite 4300, Richmond, VA 23219–1885**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts:**
**December 17, 2012**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors or within thirty (30) days after any amendment to the list or supplemental schedules is filed, whichever is later.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| Address of the Bankruptcy Clerk's Office:<br>701 East Broad Street<br>Richmond, VA 23219 | For the Court:<br>Clerk of the Bankruptcy Court:<br>William C. Redden |
|---|---|
| McVCIS 24–hour case information:<br>Toll Free 1–866–222–8029 | Date:  September 11, 2012 |

## EXPLANATIONS
**B9A (Official Form 9A) (12/11)**

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any document that you file in this bankruptcy case should be filed either electronically, or with the Clerk's Office in Richmond. You may view electronically filed documents, including list of debtor's property and debts and list of property claimed exempt, on Clerk's web site, www.vaeb.uscourts.gov, or at Clerk's office in Richmond. See address on front side of this notice. |

### – – Refer to Other Side for Important Deadlines and Notices – –

**LOCAL RULE DISMISSAL WARNING:** Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1.

**PAYMENT OF FEES FOR RICHMOND CASE AND ADVERSARY FILINGS AND MISCELLANEOUS REQUESTS:** Exact Change Only accepted as of February 4, 2008, for payment of fees and services. Payment may be made by non–debtor's check, money order, cashier's check or a 'not to exceed check' made payable to Clerk, U.S. Bankruptcy Court, or any authorized non–debtor's credit card.

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://vaeb.uscourts.gov/ebn/index.htm or call, toll free: 877–837–3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                          Case No. 12-35246-KRH
Brian Keith Anderson                                            Chapter 7
Robzella Tillmana Anderson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0422-7          User: sewardt           Page 1 of 3            Date Rcvd: Sep 11, 2012
                             Form ID: B9A             Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2012.
db        #+Brian Keith Anderson,   P.O. Box 41061,   Fredericksburg, VA 22404-1061
jdb       #+Robzella Tillmana Anderson,   P.O. Box 41061,   Fredericksburg, VA 22404-1061
11366897   +Allied Interstate Inc.,   3000 Corporate Exchange Dr.,   5th floor,   Columbus, OH 43231-7723
11366904   +Beneficial,   2035 Plank Rd.,   Fredericksburg, VA 22401-5103
11366905   +Capital One Na,   6400 Main Street,   Amherst, NY 14221-5858
11366906   +Cedar Hill National Ba,   Po Box 34216,   Charlotte, NC 28234-4216
11366908   ++DOMINION VIRGINIA POWER,   PO BOX 26666,   18TH FLOOR,   RICHMOND VA 23261-6666
            (address filed with court:  Dominion Virginia Power,   PO Box 26543,   Richmond, VA 23290-0001)
11366909   +Dyck Oneal Inc,   15301 Spectrum Dr,   Addison, TX 75001-6436
11366910   +FBCS,   2200 Byberry Rd,   Ste 120,   Hatboro, PA 19040-3797
11366919   +LVNV Funding LLC,   PO Box 3038,   Evansville, IN 47730-3038
11366918   +Lhr Inc,   1 Main St,   Hamburg, NY 14075-4930
11366921   +Northland Group,   PO Box 390846,   Minneapolis, MN 55439-0846
11366922   +Piedmont Aviation Cr U,   3810 N Liberty St,   Winston Salem, NC 27105-3911
11366925   +Professnl Acct Mgmt In,   633 W Wisconsin Ave Ste,   Milwaukee, WI 53203-1920
11366926   +Raintreen Homeowner Assoc.,   PO Box 478,   Fredericksburg, VA 22404-0478
11366927   +Richard Epps, PC,   605 Lynnhaven Pkwy #100,   Virginia Beach, VA 23452-7447
11366928   +Spotsylvania Commissioner,   of Revenue,   PO Box 175,   Spotsylvania, VA 22553-0175
11369463   +United States Attorney,   Main Street Centre 18th Flr.,   600 East Main Street,
            Richmond, VA 23219-2416
11366935    Virginia Department of Taxatio,   PO Box 1777,   Richmond, VA 23218-1777
11366936   ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICA S SERVICING CO,   ATTN BANKRUPTCY DEPT,
            MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
            (address filed with court:  Wells Fargo Hm Mortgag,   8480 Stagecoach Cir,
            Frederick, MD 21701-0000)
11366937   +Zenith Acquisition,   220 John Glenn Dr # 1,   Amherst, NY 14228-2246
11366938   +Zwicker & Associates,   800 Federal Street,   Andover, MA 01810-1067


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty         E-mail/Text: DEAdamsLaw@hotmail.com Sep 12 2012 02:29:55     Dale E. Adams,
            Dale E. Adams, Attorney,   1301 Princess Anne St,   Fredericksburg, VA  22401
tr          EDI: QBHMATSON.COM Sep 12 2012 02:08:00     Bruce H. Matson,
            LeClair Ryan, A Professional Corporation,   Riverfront Plaza, East Tower,   951 East Byrd Street,
            P.O. Box 2499,   Richmond, VA  23218-2499
11366896   +Fax: 864-336-7400 Sep 12 2012 04:01:29     Advance America,   754 Warrenton Rd. Ste 109,
            Fredericksburg, VA 22406-1098
11366898   +EDI: AMEREXPR.COM Sep 12 2012 02:08:00     Amex,   Po Box 297871,
            Fort Lauderdale, FL 33329-7871
11366899   +EDI: ARROW.COM Sep 12 2012 02:08:00     Arrow Financial Servic,   5996 W Touhy Ave,
            Niles, IL 60714-4610
11366900    EDI: ACCE.COM Sep 12 2012 02:08:00     Asset Acceptance Corporation,   PO Box 2036,
            Warren, MI 48090-2036
11366902   +EDI: BANKAMER2.COM Sep 12 2012 02:08:00     Bank Of America,   Po Box 17054,
            Wilmington, DE 19850-7054
11366903   +EDI: TSYS2.COM Sep 12 2012 02:08:00     Barclays Bank Delaware,   125 S West St,
            Wilmington, DE 19801-5014
11366907    EDI: CHASE.COM Sep 12 2012 02:08:00     Chase,   Po Box 1093,   Northridge, CA 91328-0000
11366932    E-mail/Text: bankruptcy@dss.virginia.gov Sep 12 2012 02:39:33     Va Child Support,
            7 N 8th St Fl 1,   Richmond, VA 23219-0000
11366911    EDI: RMSC.COM Sep 12 2012 02:08:00     Home Depot,   PO Box 105981, Dept 51,
            Atlanta, GA 30353-5981
11366912    EDI: HFC.COM Sep 12 2012 02:08:00     Household Bank,   PO Box 80084,   Salinas, CA 93912-0084
11366913   +EDI: HFC.COM Sep 12 2012 02:08:00     Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
11366914   +EDI: HFC.COM Sep 12 2012 02:08:00     Hsbc Nv,   Po Box 5253,   Carol Stream, IL 60197-5253
11366915    EDI: IRS.COM Sep 12 2012 02:08:00     Internal Revenue Service,   PO Box 16336,
            Philadelphia, PA 19114-0000
11366916   +E-mail/Text: collections@datamax.com Sep 12 2012 02:37:23     Interstate Credit Coll,
            711 Coliseum Plaza Ct,   Winston Salem, NC 27106-5352
11366920   +EDI: TSYS2.COM Sep 12 2012 02:08:00     Mcydsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
11366923   +EDI: PRA.COM Sep 12 2012 02:08:00     Portfolio Recvry&Affil,   120 Corporate Blvd Ste 1,
            Norfolk, VA 23502-4962
11366924   +E-mail/Text: mturner@pwcgov.org Sep 12 2012 02:36:32     Prince William County,
            Tax Administration Division,   Po box 2467,   Woodbridge, VA 22195-2467
11366917    EDI: TFSR.COM Sep 12 2012 02:08:00     Lexus Financial Services,   PO Box 371339,
            Pittsburgh, PA 15250-0000
11366930    EDI: TFSR.COM Sep 12 2012 02:08:00     Toyota Motor Credit Co,   19001 S Western Ave,
            Torrance, CA 90501-0000
11366929   +E-mail/Text: c.latorre@tiburonllc.com Sep 12 2012 02:34:01     Tiburon Financial,   po box 770,
            Boys Town, NE 68010-0770
11366931   +EDI: USAA.COM Sep 12 2012 02:08:00     USAA,   9800 Fredericksburg RD,
            San Antonio, TX 78288-0002
11366933    EDI: AFNIVZCOMBINED.COM Sep 12 2012 02:08:00     Verizon,
            P.O. Box 761 Attn:Customer Financial Sr,   Bedminster, NJ 07921-0761

```
District/off: 0422-7          User: sewardt          Page 2 of 3          Date Rcvd: Sep 11, 2012
                              Form ID: B9A            Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
11366934     +EDI: AFNIVZCOMBINED.COM Sep 12 2012 02:08:00     Verizon Wirelss,   2000 Corporate Dr,
               Orangeburg, NY 10962-2624
11366937     +EDI: ZENITHACQ.COM Sep 12 2012 02:08:00     Zenith Acquisition,   220 John Glenn Dr # 1,
               Amherst, NY 14228-2246
                                                                            TOTAL: 26


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11366901*    +Asset Acceptance Llc,   Po Box 2036,   Warren, MI 48090-2036
                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 13, 2012**                          **Signature:**   _Joseph Speetjens_

District/off: 0422-7          User: sewardt          Page 3 of 3          Date Rcvd: Sep 11, 2012
                             Form ID: B9A            Total Noticed: 47


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2012 at the address(es) listed below:
          Bruce H. Matson    bhmtrustee@leclairryan.com,   bmatson@ecf.epiqsystems.com
          Dale E. Adams    on behalf of Debtor Brian Anderson DEAdamsLaw@hotmail.com
                                                                              TOTAL: 2