B18J (Form 18J) (08/07)

# United States Bankruptcy Court
Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

**Case Number**  12–35246–KRH
**Chapter**  7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Brian Keith Anderson | Robzella Tillmana Anderson |
| 5213 Joshua Tree Circle | P.O. Box 41061 |
| Fredericksburg, VA 22407 | Fredericksburg, VA 22404 |

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s).,(if any):
Debtor: xxx–xx–6832                    Joint Debtor:  xxx–xx–1612

Employer Tax–Identification (EIN) No(s).(if any):
Debtor:  NA                           Joint Debtor:  NA

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge,

**IT IS ORDERED:**

Brian Keith Anderson and Robzella Tillmana Anderson are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**FOR THE COURT**

Dated:  December 24, 2012                    William C. Redden, CLERK

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

*Form 18J (08/07)*

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                          Case No. 12-35246-KRH
Brian Keith Anderson                                            Chapter 7
Robzella Tillmana Anderson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0422-7          User: admin          Page 1 of 3          Date Rcvd: Dec 25, 2012
                             Form ID: B18          Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 28, 2012.
```
db/jdb     +Brian Keith Anderson,   Robzella Tillmana Anderson,   5213 Joshua Tree Circle,
            Fredericksburg, VA 22407-9334
11366897   +Allied Interstate Inc.,   3000 Corporate Exchange Dr.,   5th floor,   Columbus, OH 43231-7723
11366904   +Beneficial,   2035 Plank Rd.,   Fredericksburg, VA 22401-5103
11366905   +Capital One Na,   6400 Main Street,   Amherst, NY 14221-5858
11366906   +Cedar Hill National Ba,   Po Box 34216,   Charlotte, NC 28234-4216
11366908   ++DOMINION VIRGINIA POWER,   PO BOX 26666,   18TH FLOOR,   RICHMOND VA 23261-6666
            (address filed with court:  Dominion Virginia Power,   PO Box 26543,   Richmond, VA 23290-0001)
11366909   +Dyck Oneal Inc,   15301 Spectrum Dr,   Addison, TX 75001-6436
11366910   +FBCS,   2200 Byberry Rd,   Ste 120,   Hatboro, PA 19040-3797
11366919   +LVNV Funding LLC,   PO Box 3038,   Evansville, IN 47730-3038
11366918   +Lhr Inc,   1 Main St,   Hamburg, NY 14075-4930
11366921   +Northland Group,   PO Box 390846,   Minneapolis, MN 55439-0846
11366922   +Piedmont Aviation Cr U,   3810 N Liberty St,   Winston Salem, NC 27105-3911
11366925   +Professnl Acct Mgmt In,   633 W Wisconsin Ave Ste,   Milwaukee, WI 53203-1920
11366926   +Raintreen Homeowner Assoc.,   PO Box 478,   Fredericksburg, VA 22404-0478
11366927   +Richard Epps, PC,   605 Lynnhaven Pkwy #100,   Virginia Beach, VA 23452-7447
11366928   +Spotsylvania Commissioner,   of Revenue,   PO Box 175,   Spotsylvania, VA 22553-0175
11369463   +United States Attorney,   Main Street Centre  18th Flr.,   600 East Main Street,
            Richmond, VA 23219-2416
11366935    Virginia Department of Taxatio,   PO Box 1777,   Richmond, VA 23218-1777
11366936   ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
            ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
            (address filed with court:  Wells Fargo Hm Mortgag,   8480 Stagecoach Cir,
            Frederick, MD 21701-0000)
11366937   +Zenith Acquisition,   220 John Glenn Dr # 1,   Amherst, NY 14228-2246
11366938   +Zwicker & Associates,   800 Federal Street,   Andover, MA 01810-1067

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          EDI: QBHMATSON.COM Dec 25 2012 22:43:00    Bruce H. Matson,
            LeClair Ryan, A Professional Corporation,   Riverfront Plaza, East Tower,   951 East Byrd Street,
            P.O. Box 2499,   Richmond, VA  23218-2499
cr         +EDI: ATLASACQU.COM Dec 25 2012 22:38:00    Atlas Acquisitions LLC,   294 Union St.,
            Hackensack, NJ 07601-4303
11366896   +Fax: 864-336-7400 Dec 25 2012 22:43:54    Advance America,   754 Warrenton Rd. Ste 109,
            Fredericksburg, VA 22406-1098
11366898   +EDI: AMEREXPR.COM Dec 25 2012 22:38:00    Amex,   Po Box 297871,
            Fort Lauderdale, FL 33329-7871
11366899   +EDI: ARROW.COM Dec 25 2012 22:38:00    Arrow Financial Servic,   5996 W Touhy Ave,
            Niles, IL 60714-4610
11366900    EDI: ACCE.COM Dec 25 2012 22:38:00    Asset Acceptance Corporation,   PO Box 2036,
            Warren, MI 48090-2036
11402086   +EDI: ATLASACQU.COM Dec 25 2012 22:38:00    Atlas Acquisitions LLC,   Attn: Avi Schild,
            294 Union St.,   Hackensack, NJ 07601-4303
11366902   +EDI: BANKAMER2.COM Dec 25 2012 22:38:00    Bank Of America,   Po Box 17054,
            Wilmington, DE 19850-7054
11366903   +EDI: TSYS2.COM Dec 25 2012 22:38:00    Barclays Bank Delaware,   125 S West St,
            Wilmington, DE 19801-5014
11366907    EDI: CHASE.COM Dec 25 2012 22:38:00    Chase,   Po Box 1093,   Northridge, CA 91328-0000
11366932    E-mail/Text: bankruptcy@dss.virginia.gov Dec 25 2012 22:37:43    Va Child Support,
            7 N 8th St Fl 1,   Richmond, VA 23219-0000
11366911    EDI: RMSC.COM Dec 25 2012 22:38:00    Home Depot,   PO Box 105981, Dept 51,
            Atlanta, GA 30353-5981
11366912    EDI: HFC.COM Dec 25 2012 22:38:00    Household Bank,   PO Box 80084,   Salinas, CA 93912-0084
11366913   +EDI: HFC.COM Dec 25 2012 22:38:00    Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
11366914   +EDI: HFC.COM Dec 25 2012 22:38:00    Hsbc Nv,   Po Box 5253,   Carol Stream, IL 60197-5253
11366915    EDI: IRS.COM Dec 25 2012 22:38:00    Internal Revenue Service,   PO Box 16336,
            Philadelphia, PA 19114-0000
11366916   +E-mail/Text: collections@datamax.com Dec 25 2012 22:37:40    Interstate Credit Coll,
            711 Coliseum Plaza Ct,   Winston Salem, NC 27106-5352
11366920   +EDI: TSYS2.COM Dec 25 2012 22:38:00    Mcydsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
11366923   +EDI: PRA.COM Dec 25 2012 22:38:00    Portfolio Recvry&Affil,   120 Corporate Blvd Ste 1,
            Norfolk, VA 23502-4962
11366924   +E-mail/Text: mturner@pwcgov.org Dec 25 2012 22:37:38    Prince William County,
            Tax Administration Division,   Po box 2467,   Woodbridge, VA 22195-2467
11366917    EDI: TFSR.COM Dec 25 2012 22:38:00    Lexus Financial Services,   PO Box 371339,
            Pittsburgh, PA 15250-0000
11366930    EDI: TFSR.COM Dec 25 2012 22:38:00    Toyota Motor Credit Co,   19001 S Western Ave,
            Torrance, CA 90501-0000
11366929   +E-mail/Text: c.latorre@tiburonllc.com Dec 25 2012 22:37:30    Tiburon Financial,   po box 770,
            Boys Town, NE 68010-0770
11366931   +EDI: USAA.COM Dec 25 2012 22:43:00    USAA,   9800 Fredericksburg RD,
            San Antonio, TX 78288-0002
```

```
District/off: 0422-7          User: admin              Page 2 of 3              Date Rcvd: Dec 25, 2012
                              Form ID: B18             Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
11366933     EDI: AFNIVZCOMBINED.COM Dec 25 2012 22:38:00     Verizon,
             P.O. Box 761  Attn:Customer Financial Sr,   Bedminster, NJ 07921-0761
11366934    +EDI: AFNIVZCOMBINED.COM Dec 25 2012 22:38:00     Verizon Wirelss,   2000 Corporate Dr,
             Orangeburg, NY 10962-2624
11366937    +EDI: ZENITHACQ.COM Dec 25 2012 22:38:00     Zenith Acquisition,   220 John Glenn Dr # 1,
             Amherst, NY 14228-2246
                                                                              TOTAL: 27


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Capital One, N.A., successor by merger with Chevy
11366901*   +Asset Acceptance Llc,   Po Box 2036,   Warren, MI 48090-2036
                                                                      TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 28, 2012**                    **Signature:** _____

District/off: 0422-7              User: admin                Page 3 of 3                 Date Rcvd: Dec 25, 2012
                                 Form ID: B18               Total Noticed: 47


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 24, 2012 at the address(es) listed below:
          Bruce H. Matson    bhmtrustee@leclairryan.com,   bmatson@ecf.epiqsystems.com
          Dale E. Adams    on behalf of Debtor Brian Anderson DEAdamsLaw@hotmail.com
          Sara A. John    on behalf of Creditor  Capital One, N.A., successor by merger with Chevy Chase
           Bank sara_john@eppspc.com
                                                                                              TOTAL: 3